## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Emma Imelda Ramirez<br><br>Debtor(s) | Case No. 14 B 14214 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/16/2014.

2) The plan was confirmed on 09/10/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/10/2014, 04/08/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/23/2018.

5) The case was Converted on 12/07/2018.

6) Number of months from filing to last payment: 52.

7) Number of months case was pending: 58.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $24,720.54 |
| Less amount refunded to debtor | $18.34 |
| **NET RECEIPTS:** | **$24,702.20** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,008.29 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,008.29** |

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AB Refinance Loan | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| Addison Radiology Assoc., S.C. | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Advanced Radiology Consultants | Unsecured | 2,844.00 | NA | NA | 0.00 | 0.00 |
| American Accounts & Advisers, INC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 1,115.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 111.00 | 1,164.33 | 1,164.33 | 93.79 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 348.67 | 348.67 | 25.49 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | NA | 2,698.64 | 2,698.64 | 217.39 | 0.00 |
| Bank First/Action Card | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 1,561.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 11,653.00 | 11,658.42 | 11,653.00 | 11,653.00 | 989.73 |
| Capital One Auto Finance | Unsecured | NA | 5.42 | 5.42 | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 961.00 | 1,140.76 | 1,140.76 | 91.89 | 0.00 |
| Chase Bank USA NA | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Cingular Wireless | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,124.00 | 1,608.62 | 1,608.62 | 47.63 | 0.00 |
| Cottonwood Financial | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| Express Scripts | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| E-Z Loan | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| E-Z Pay Dental | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| E-Z Pay Healthcare | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Grant & Weber Inc | Unsecured | 542.00 | NA | NA | 0.00 | 0.00 |
| HSN Credit Dept | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| IL Energy Savings Corp | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 0.00 | 7,615.00 | 7,615.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 1,675.00 | 437.36 | 437.36 | 31.98 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 587.60 | 587.60 | 587.60 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Tollway | Unsecured | 572.00 | 636.90 | 636.90 | 51.31 | 0.00 |
| IRS Non-Priority | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,545.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,542.00 | 1,542.04 | 1,542.04 | 124.22 | 0.00 |
| LaSalle Bank | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Cassel LLC | Unsecured | 2,500.00 | 3,725.55 | 3,725.55 | 300.11 | 0.00 |
| Northeastern Illinois University | Unsecured | 4,500.00 | 4,500.00 | 4,500.00 | 158.84 | 0.00 |
| Northeastern Illinois University | Unsecured | 0.00 | 846.80 | 846.80 | 0.00 | 0.00 |
| Payday Loan | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 2,135.00 | 2,135.80 | 2,135.80 | 114.28 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 279.00 | 321.04 | 321.04 | 23.47 | 0.00 |
| Quantum3 Group | Unsecured | 1,291.00 | 1,290.81 | 1,290.81 | 103.98 | 0.00 |
| Quantum3 Group | Unsecured | 515.00 | 522.19 | 522.19 | 38.18 | 0.00 |
| Quest Diagnostics | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,426.00 | 643.84 | 643.84 | 47.08 | 0.00 |
| Resurrection Medical Center | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| Sanija Brjramovic MD | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| SBC Illinois | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| U.S. Cellular - CR | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| U.S. Cellular - CR | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| US Dept of Education | Unsecured | 56,684.00 | 40,732.06 | 40,732.06 | 3,281.17 | 0.00 |
| US Dept of Education | Unsecured | 0.00 | 5,538.77 | 5,538.77 | 446.18 | 0.00 |
| US Dept of Education | Unsecured | 0.00 | 2,201.88 | 2,201.88 | 177.37 | 0.00 |
| US Dept of Education | Unsecured | 0.00 | 11,763.09 | 11,763.09 | 947.57 | 0.00 |
| US Dept of Education | Unsecured | 0.00 | 1,758.44 | 1,758.44 | 141.65 | 0.00 |
| Village of Bellwood | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,653.00 | $11,653.00 | $989.73 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,653.00** | **$11,653.00** | **$989.73** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $587.60 | $587.60 | $0.00 |
| **TOTAL PRIORITY:** | **$587.60** | **$587.60** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$93,178.01** | **$6,463.58** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,008.29 |
| Disbursements to Creditors | $19,693.91 |
| **TOTAL DISBURSEMENTS** : | **$24,702.20** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/31/2019        By: /s/ Marilyn O. Marshall
                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.